AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

District of Rhode Island

Jose Turquiz

V.

Jamie Blancas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 30ML

TO: (Name and address of Defendant)

Jamie Blancas
Work Address: La Lupita, 1950 Westminster St., Providence, RI
Home Address: 67-69 Maplehurst Avenue, Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq,
681 Smith Street
Providence, RI 02908
(401) 272-2177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

1/23/2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/29/08 |
| NAME OF SERVER *(PRINT)* Joseph Clark | TITLE Constable Ci c# 6026 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: James Blanca 1-29-08. 1450 Westminster St. Providence, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/29/08
Date

[signature]
Signature of Server

24 Homefield Ave.
Address of Server
Providence, R.I. 02908

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

District of Rhode Island

Jose Turquiz

V.

Amelia Blancas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 30ML

TO: (Name and address of Defendant)

Amelia Blancas
Work Address: La Lupita, 1950 Westminster St., Providence, RI
Home Address: 67-69 Maplehurst Avenue, Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq,
681 Smith Street
Providence, RI 02908
(401) 272-2177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

1/23/2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/29/08 |
| NAME OF SERVER (PRINT) Joseph Clark | TITLE Constable Lic # 6026 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: Amelia Blanco 1/29/08
1950 Westminster St. Providence, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/29/08
Date

[signature]
Signature of Server

24 Homefield Ave.
Providence, RI 02908
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGI

# UNITED STATES DISTRICT COURT

District of Rhode Island

Jose Turquiz

V.

La Lupita, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 - 30 ML

TO: (Name and address of Defendant)

Jamie Blancas, Registered Agent
La Lupita, LLC
1950 Westminster Street
Providence, RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq,
681 Smith Street
Providence, RI 02908
(401) 272-2177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

1/23/2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/29/08 |
| NAME OF SERVER (PRINT) Joseph Clarke | TITLE Constable Lic# 6026 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Aimee Blanco 1-29-08 Agent for La Lupita, LLC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/29/08
Date

Signature of Server

24 Homefield Ave.
Providence, RI 02908
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.