**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Jose Turquiz,

Plaintiff,

vs. CA 08 – 30 ML

La Lupita, LLC,
Amelia Blancas, and
Jamie Blancas,

Defendants.

---

Stipulation Extending Answer Date

The Plaintiff hereby stipulates that the time within which the Defendants have to Answer, or otherwise respond to, the Complaint in this matter shall be extended fourteen (14) days from the present due date of February 19, 2008 to March 4, 2008.

Pursuant to Local Rule 29, the Plaintiff states a responsive pleading was originally due by February 19, 2008, so this extension shall not extend that original date more than thirty (30) days.

The Plaintiff,
By His Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on ___2/14/08___ I electronically file this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

None.

The following people received a copy of this document via first class mail:

Joseph Dugan, Esq.
183 Lyndon Road
Cranston, RI 02905

JFD1998@aol.com
Phone (401) 781-3573

/s/ John T. Longo

______________________________
John T. Longo, Esq./#4928