THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Defendants demand a jury trial

JOSE TURQUIZ
Plaintiff

V. CA 08-30 ML

LA LUPITA, LLC,
AMELIA BLANCAS, AND
JAMIE BLANCAS
Defendants

ANSWER

1. Paragraphs 3,4,5,6,11, and12 are admitted.

2. Paragraphs 7,8,9,10,13,15,16,17,18,19,20,21,23,24,25,26,27,28 and 29 are denied.

3. Defendants are without information sufficient to admit or deny the truth or falsity Of paragraph 2.

Affirmative Defenses

4. Plaintiff fails to state a claim for which relief can be granted.

5. All or part of Plaintiff's claim is barred by the statute of limitations.

6. Defendants are not employers under federal law in that their business does not gross more than $500,000 nor are they engaged in commerce.

7. Any violation of the act which Defendants' deny was not willful.

8. Tips covered all or part of any alleged overtime amount due.

9. The parties had an agreement in which overtime was included in the weekly wage.

Wherefore, Defendants demands judgment in their favor with costs.

/s/ Joseph F. Dugan

_______________

Joseph F. Dugan #1388
183 Lyndon Road
Cranston, RI 02905
401-781-3573
Fax 401-944-4161
jfd1998@verizon.net

Certificate of Service

I hereby certify on February 28, 2008 I electronically filed this document the with the Clerk of the federal district court for the district of Rhode Island using the CM/ECF System.

/s/ Joseph F. Dugan

_______________

Joseph F. Dugan