THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

JOSE TURQUIZ
Plaintiff

V. CA 08-30 ML

LA LUPITA, LLC,
AMELIA BLANCAS, AND
JAMIE BLANCAS
Defendants

DEFENDANT'S STATEMENT OF CLAIMS

Plaintiff has filed a complaint asserting that Defendants who run a small Mexican takeout restaurant in Providence have violated the Fair Labor Standards Act of 1938(FLSA) or alternatively the Rhode Island Minimum Wage Act RIGL 28-12-1 et seq by employing the Plaintiff as a cook in the restaurant for periods over 40 hours a week and failing to pay him time and one half for such periods.

Plaintiff seeks damages for overtime wages for approximately 3 years: 2005, 2006 and 2007. Additional liquidated damages are sought pursuant to 29 USC 216(b)( liquidated damages are double the amount of wages owed). Finally he seeks attorney fees pursuant to the Act.

Defendants contend and will seek to prove they do not owe Plaintiff anything and if they owe something it is much less than what is sought.

Defendants contend and seek to prove that:

1. That this court does not have jurisdiction in that their business did not gross $ 500,000 in sales in any of the years involved. 29 USC 203 (s)(1)(A)(ii).

2. That tips paid made up any difference in wages owed.29 USC 203 (m).

3. That if overtime was not paid it was not wilful and therefore there is a 2 year statute of limitations.

4. That if overtime was not paid it was not wilful and therefore liquidated damages cannot be assessed.

5. That there was an agreement that Plaintiff was to work for a fixed weekly salary.

/s/ Joseph F. Dugan

Joseph F. Dugan #1388
183 Lyndon Road
Cranston, RI 02905
401-781-3573
Fax 401-944-4161
jfd1998@verizon.net

Certificate of Service

I hereby certify on June 2, 2008 I electronically filed this document the with the Clerk of the federal district court for the district of Rhode Island using the CM/ECF System.

/s/ Joseph F. Dugan

Joseph F. Dugan