**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Jose Turquiz,

Plaintiff,

vs. CA 08 –30 ML

La Lupita, LLC,
Amelia Blancas, and
Jamie Blancas,

Defendants.

---

**Dismissal Stipulation**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the undersigned being all parties who have entered or otherwise pled in this matter, this case shall be dismissed, no costs.

The Plaintiff,
By His Attorney,

/s/ John T. Longo
__________________________

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177 Fax (401) 537-9185
jtlongo@yahoo.com

The Defendants,
By Their Attorney,

/s/ Joseph F. Dugan
__________________________

Joseph F. Dugan, Esq./#1388
183 Lyndon Rd.

Cranston, RI 02905
(401) 781-3573 Fax (401) 944-4161
jfd1998@verizon.net

**Certificate of Service**

I certify that on ____6/24/08_____ I electronically file this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participant received notice electronically:

*Counsel for Defendants:*

Joseph F. Dugan, Esq.
183 Lyndon Rd.
Cranston, RI 02905

Phone (401) 781-3573
Fax (401) 944-4161
Email jfd1998@verizon.net

/s/ John T. Longo
_________________________
John T. Longo, Esq./#4928